IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLAN DONALDO GUEVARA MARTINEZ, et al., <br><br> **Plaintiffs** <br><br> v. <br><br> **1301 K STREET CAFE, INC., D/B/A SOHO CAFÉ & MARKET, et al.,** <br><br> **Defendants.** | No. 1:16-cv-2246 (EGS) |

## JOINT MOTION FOR APPOINTMENT OF MEDIATOR

Plaintiffs Allan Donaldo Guevara Martinez and Francisco Gonzalez Molina and Defendants 1301 K Street Café, Inc., d/b/a Soho Café & Market, Daeseok So and Myung Suk So (collectively, "the Parties"), through their respective undersigned counsel, respectfully submit this Joint Motion for Appointment of Mediator.  The parties have engaged in some discovery, but have also continued settlement discussions throughout this matter.  At this point, the parties believe the appointment of a Magistrate Judge from the United States District Court for the District of Columbia to assist with settlement discussions may brings this matter to a resolution without the need for further discovery and litigation.

Should the Court grant this request and appoint a mediator, the parties further request that the Court toll all applicable deadlines during the pendency of the mediation, including the deadline for the parties to complete fact discovery, currently set for November 3, 2017.

DATED:  September 25, 2017

                                                        Respectfully submitted,

| */s/ Michael Amster* | */s/ Marc Eisenstein* |
|---|---|
| Michael K. Amster | Marc Eisenstein |
| DC Bar No. 1001110 | DC Bar No. 1007208 |
| mamster@zagfirm.com | Barry Coburn |
| Zipin, Amster & Greenberg, LLC | DC Bar No. 358020 |
| 8757 Georgia Avenue | marc@coburngreenbaum.com |
| Suite 400 | barry@coburngreenbaum.com |
| Silver Spring, MD  20910 | Coburn & Greenbaum PLLC |
| Telephone: (301) 587-9373 | 1710 Rhode Island Avenue, NW, 2nd Floor |
| Direct: (240) 428-1053 | Washington, DC 20036 |
| Fax: (240) 839-9142 | Telephone: (202) 643-9472 |
|  | Facsimile: (866) 561-9712 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |