## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLAN DONALDO GUEVARA MARTINEZ, et al.,**<br><br>                         **Plaintiffs**<br><br>                         **v.**<br><br>**1301 K STREET CAFE, INC., D/B/A SOHO CAFÉ & MARKET, et al.,**<br><br>                         **Defendants.** | No. 1:16-cv-2246 (GMH) |

### JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT

Plaintiffs and Defendants (the "Parties"), through their undersigned counsel, respectfully request that this Honorable Court approve a settlement agreement that the Parties reached in the above-captioned case concerning Plaintiffs' lawsuit under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA").  As grounds therefore, the Parties state as follows:

In the present case, Plaintiffs allege that Defendants violated the FLSA by failing to pay Plaintiffs one-and-one-half times (1.5x) their regular rate for the hours they worked over forty (40) in each week.  Defendants assert that they do not owe Plaintiffs any additional overtime wages or that any wages owed is *de minimis*.  The Parties agree that bona fide disputes exist as to the nature of Plaintiffs' claims, Plaintiffs' alleged damages, and Defendants' asserted defenses thereto.

The present case was resolved during a court-ordered settlement conference with a U.S. Magistrate Judge.  The Parties seek Court approval of this settlement.  A proposed Order is attached.

_____--S--_____

Michael K. Amster
Bar Number 1001110
mamster@zagfirm.com
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue
Suite 400
Silver Spring, MD  20910
Telephone: (301) 587-9373
Direct: (240) 428-1053
Fax: (240) 839-9142

*Attorneys for Plaintiffs*

_____--S--_____

Marc Eisenstein
Bar Number 1007208
marc@coburngreenbaum.com
Coburn & Greenbaum PLLC
1710 Rhode Island Avenue, NW, 2nd Floor
Washington, DC 20036
Telephone: (202) 657-4490
Facsimile: (866) 561-9712

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2017, a true and correct copy of the foregoing was served via ECF on all counsel of record.

_____/s_____
Marc Eisenstein

2