IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLAN DONALDO GUEVARA MARTINEZ, et al., <br><br> Plaintiffs <br><br> v. <br><br> 1301 K STREET CAFE, INC., D/B/A SOHO CAFÉ & MARKET, et al., <br><br> Defendants. | No. 1:16-cv-2246 (GMH) |

### ORDER GRANTING JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE

Upon consideration of the Parties' Joint Motion for Judicial Approval of Settlement, it is this 21st day of November 2017 hereby:

**ORDERED**, that the Parties' Motion is hereby granted; and it is further

**ORDERED**, that the Parties' Settlement Agreement is hereby Approved; and it is further

**ORDERED**, that the case shall be DISMISSED WITH PREJUDICE.

_____
G. Michael Harvey
United States Magistrate Judge